Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−14399−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Yevette Holmes
  28 Dupont Place
  Irvington, NJ 07111

Social Security No.:
  xxx−xx−2746

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/06/2017 and a confirmation hearing on such Plan has been scheduled for 5/11/2017 at 09:00 AM.

The debtor filed a Modified Plan on 05/02/2017 and a confirmation hearing on the Modified Plan is scheduled for 6/08/201. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 2, 2017
JAN: dlr

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 17-14399-JKS
   Yevette Holmes                                                   Chapter 13
             Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 1          Date Rcvd: May 02, 2017
                               Form ID: 186                Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db             +Yevette Holmes,    28 Dupont Place,    Irvington, NJ 07111-3941
516685505      +Pleuse Becker Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516685508      +SLS,   8742 Lucent Blvd. Suite 300,    Littleton, CO 80129-2386
516685509      +Stuart Lippman &associ,   5447 E 5th St,    Tucson, AZ 85711-2344
516718560       Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                 Irvine, CA 92623-9657
516685511      +Wells Fargo Dealer Services,    Po Box 1697,   Winterville, NC 28590-1697
516685510      +Wells Fargo Dealer Services,    Attn: Bankruptcy,   Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 02 2017 22:30:34      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2017 22:30:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516685506      +E-mail/Text: bankruptcy@savit.com May 02 2017 22:31:18      Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
516685507      +E-mail/Text: bankruptcy@savit.com May 02 2017 22:31:18      Savit Coll,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
516696542      +E-mail/PDF: gecsedi@recoverycorp.com May 02 2017 22:23:37      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2004-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, SeriesSPMD 2004-B bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Yevette  Holmes him@lawmarcus.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```