Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 17−14399−JKS
                                        Chapter: 13
                                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yevette Holmes
    28 Dupont Place
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−2746

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/13/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 13, 2017
JAN: rah

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-14399-JKS
Yevette Holmes                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jun 13, 2017
                              Form ID: 148             Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db             +Yevette Holmes,    28 Dupont Place,    Irvington, NJ 07111-3941
516685505      +Pleuse Becker Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516685508      +SLS,   8742 Lucent Blvd. Suite 300,    Littleton, CO 80129-2386
516685509      +Stuart Lippman &associ,    5447 E 5th St,   Tucson, AZ 85711-2344
516831451      +Stuart-Lippman and Associates,    5447 E 5th Street, Suite 110,   Tucson, AZ 85711-2345
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2017 22:19:21      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2017 22:19:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516685506      +E-mail/Text: bankruptcy@savit.com Jun 13 2017 22:20:20      Savit Coll,   Po Box 250,
                 East Brunswick, NJ 08816-0250
516685507      +E-mail/Text: bankruptcy@savit.com Jun 13 2017 22:20:20      Savit Coll,   46 W Ferris St,
                 East Brunswick, NJ 08816-2159
516696542      +EDI: RMSC.COM Jun 13 2017 21:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516718560       EDI: WFFC.COM Jun 13 2017 21:53:00      Wells Fargo Bank N.A.,,
                 d/b/a Wells Fargo Dealer Services,    PO Box 19657,   Irvine, CA 92623-9657
516685510      +EDI: WFFC.COM Jun 13 2017 21:53:00      Wells Fargo Dealer Services,   Attn: Bankruptcy,
                 Po Box 19657,   Irvine, CA 92623-9657
516685511      +EDI: WFFC.COM Jun 13 2017 21:53:00      Wells Fargo Dealer Services,   Po Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2004-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, SeriesSPMD 2004-B bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Yevette  Holmes him@lawmarcus.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```